| BEFORE THE UNITED STATES<br>JUDICIAL PANEL ON MULTIDISTRICT LITIGATION | |
|---|---|
| **IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION** | **MDL DOCKET NO. 3076** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the above and foregoing Notice of Appearance and this Certificate of Service were electronically filed with the Clerk of the JPML by using the CM/ECF System and was served on all counsel or parties in the manner indicated and addressed as follows:

| SERVICE LIST | |
|---|---|
| **PLAINTIFFS** | **DEFENDANTS** |
| ***Norris, et al v. Brady, et al***<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 (telephone)<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>(305) 374-0440 (telephone)<br>jose@markmigdal.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner LLP | ***Norris, et al v. Brady, et al***<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>***Garrison et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>***Podalsky et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>(305) 476-7400 (telephone)<br>scasey@colson.com<br>zach@colson.com<br>bob@colson.com<br><br>Andrew B. Clubok<br>Brittany M.J. Record<br>Susan E. Engel<br>Latham & Watkins LLP |

| | |
|---|---|
| Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br>**Counsel for Plaintiffs** | 555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200 (telephone)<br>andrew.clubok@lw.com<br>brittany.record@lw.com<br>susan.engel@lw.com<br><br>Elizabeth A. Greenman<br>Jessica Stebbins Bina<br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500 (telephone)<br>elizabeth.greenman@lw.com<br>jessica.stebbinsbina@lw.com<br>marvin.putnam@lw.com<br><br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Tower Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>(714) 540-1235 (telephone)<br>michele.johnson@lw.com<br>**Counsel for Defendant Tom Brady in *Norris, Garrison* and *Podalsky***<br><br>**Counsel for Defendants Gisele Bundchen and Lawrence G. David in *Garrison* and *Podalsky*** |
| | |

| | |
|---|---|
| ***Garrison et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 (telephone)<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler E. Ulrich<br>Boies Schiller & Flexner LLP<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br>tulrich@bsfllp.com<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br>**Counsel for Plaintiffs** | ***Norris, et al v. Brady, et al***<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>***Garrison et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.)**<br><br>**Via email**<br>Brandon S. Floch<br>Jeffrey E. Marcus<br>Michael A. Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>(305) 400-4260 (telephone)<br>bfloch@mnrlawfirm.com<br>jmarcus@mnrlawfirm.com<br>mpineiro@mnrlawfirm.com<br><br>Jeffrey A. Neiman<br>Marcus Neiman Rashbaum & Pineiro LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>(954) 462-1200 (telephone)<br>jneiman@mnrlawfirm.com<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Boulevard<br>West Hollywood, CA 90069<br>(310) 278-2111 (telephone)<br>abrettler@berkbrettler.com<br>**Counsel for Defendant, Kevin O'Leary** |
| ***Podalsky et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 (telephone)<br>adam@moskowitz-law.com | ***Norris, et al v. Brady, et al***<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>***Garrison et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>***Podalsky et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Christopher S. Carver<br>Akerman LLP<br>Three Brickell City Centre, Suite 1100 |

| | |
|---|---|
| joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner LLP<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br>**Counsel for Plaintiffs** | 98 Southeast Seventh Street<br>Miami, FL 33131<br>(305) 982-5572 (telephone)<br>Christopher.carver@akerman.com<br><br>Jason S. Oletsky<br>Katherine A. Johnson<br>Akerman LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301<br>(954) 463-2700 (telephone)<br>jason.oletsky@akerman.com<br>katie.johnson@akerman.com<br>**Counsel for Defendant, David Ortiz** |
| ***Elliott Lam v. Samuel Bankman-Fried***<br>**Case No. 3:22-cv-7336-JSC (N.D. Cal.)**<br><br>**Via email**<br>William M. Audet<br>Ling Y. Kuang<br>Kurt D. Kessler<br>Audet & Partners, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>(415) 568-2555 (telephone)<br>(415) 568-2556 (facsimile)<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br>kkessler@audetlaw.com<br><br>Robert L. Lieff<br>P.O. Drawer A<br>Rutherford, CA 94573<br>rlieff@lieff.com<br><br>Edward Lehman<br>Jacob Blacklock<br>Lehman, Lee & Xu LLC | ***Garrison et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>***Podalsky et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>David A. Rothstein<br>Alexander M. Peraza<br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>(305) 374-1920 (telephone)<br>drothstein@dkrpa.com<br>aperaza@dkrpa.com<br>eshaba@dkrpa.com<br><br>Eric A. Fitzgerald<br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4334 (telephone)<br>eric.fitzgerald@mgclaw.com |

C/O Lehman, Lee & Hu
Suite 3313, Tower One
Times Square
1 Matheson Street
Causeway Bay, Hong Kong
(852) 3588-2127 (telephone)
elehman@lehmanlaw.com
jblacklock@lehmanlaw.com
**Counsel for Plaintiff**

***Russell Hawkins v. Bankman-Fried, et al***
**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**

**Via email**
Jennifer Pafiti
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
(310) 405-7190 (telephone)
jpafiti@pomlaw.com

Joshua B. Silverman
Pomerantz LLP
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181 (telephone)
jbsilverman@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100 (telephone)
jalieberman@pomlaw.com
ahood@pomlaw.com

Peretz Bronstein
Eitan Kimelman
Bronstein, Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484 (telephone)
peretz@bgandg.com
eitank@bgandg.com
**Counsel for Plaintiff**

Hillary.ladov@mgclaw.com

**Counsel for Defendant, William T. Lawrence**
***Garrison et al v. Bankman-Fried et al***
**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**
***Podalsky et al v. Bankman-Fried et al***
**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**
***Russell Hawkins v. Bankman-Fried, et al***
**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**
***Papadakis v. Bankman-Fried, et al***
**Case No. 3:23-cv-00024-JSC (N.D. Cal.);**
***Jessup v. Bankman-Fried et al***
**Case No. 3:22-cv-07666-JSC (N.D. Cal.);**
***Pierce et al v. Bankman-Fried et al***
**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**

**Via email**
Jeremy D. Mishkin
Montgomery McCracken Walker
& Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
(215) 772-7246 (telephone)
jmishkin@mmwr.com
**Counsel for Defendant,**
**Samuel Bankman-Fried**

***Garrison et al v. Bankman-Fried et al***
**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**
***Podalsky et al v. Bankman-Fried et al***
**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**
***Michael Jessup v. Bankman-Fried, et al***
**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**

**Consolidated Defendant Sam Trabucco**

**Via U.S. Mail**
Sam Trabucco
36 Winner Circle
Wells, ME 04090-5174

<table>
<tr>
<td>
Pierce et al v. Bankman-Fried et al<br>
Case No. 3:22-cv-07444-JSC (N.D. Cal.)<br>
<br>
Via email<br>
Patrick Yarborough<br>
Foster Yarborough PPLC<br>
917 Franklin, Suite 220<br>
Houston, TX 77002<br>
(713) 513-5202 (telephone)<br>
patrick@fosteryarborough.com<br>
<br>
Marshal Hoda<br>
The Hoda Law Firm, PLLC<br>
12333 Sowden Roard, Suite B, PMB 51811<br>
Houston, TX 77080<br>
(832) 848-0036 (telephone)<br>
marshal@thehodalawfirm.com<br>
<br>
Steven C. Vondran<br>
The Law Offices of Steven C. Vondran, PC<br>
One Sansone Street, Suite 3500<br>
San Francisco, CA 94104<br>
(877) 276-5084 (telephone)<br>
steve@vondranlegal.com<br>
Counsel for Plaintiffs
</td>
<td>
Garrison et al v. Bankman-Fried et al<br>
Case No. 1:22-cv-23753-KMM (S.D. Fla.);<br>
Podalsky et al v. Bankman-Fried et al<br>
Case No. 1:22-cv-23983-KMM (S.D. Fla.)<br>
<br>
Defendants - Via U.S. Mail<br>
Stephen Curry<br>
115 Stephanie Lane<br>
Alamo, CA 94507-1227<br>
<br>
Shaquille O'Neal<br>
4012 Sahara Ct.<br>
Carrollton, TX 75010<br>
<br>
Udonis Haslem<br>
5450 SW 192nd Terrace<br>
Southwest Ranches, FL 33332<br>
<br>
Shohei Ohtani<br>
2000 Gene Autry Way<br>
Anaheim, CA 92806<br>
<br>
Naomi Osaka<br>
9621 Arby Dr.<br>
Beverly Hills, CA 90210
</td>
</tr>
<tr>
<td>
Michael Jessup v. Bankman-Fried, et al<br>
Case No. 3:22-cv-7666-JSC (N.D. Cal.)<br>
<br>
Via email<br>
Rafey S. Balabanian<br>
Todd Logan<br>
Yaman Salahi<br>
P. Solange Hilfinger-Pardo<br>
Edelson PC<br>
150 California Street, 18th Floor<br>
San Francisco, CA 94111<br>
(415) 212-9300 (telephone)<br>
(415) 373-9435 (facsimile)<br>
rbalananian@edelson.com<br>
tlogan@edelson.com<br>
ysalahi@edelson.com<br>
shildingerpardo@edelson.com<br>
Counsel for Plaintiff
</td>
<td>
Garrison et al v. Bankman-Fried et al<br>
Case No. 1:22-cv-23753-KMM (S.D. Fla.);<br>
Lam et al v. Bankman-Fried et al<br>
Case No. 3:22-cv-07336-JSC (N.D. Cal.);<br>
Podalsky et al v. Bankman-Fried et al<br>
Case No. 1:22-cv-23983-KMM (S.D. Fla.)<br>
<br>
Via email<br>
Matthew S. Kahn<br>
Gibson, Dunn & Crutcher LLP<br>
555 Mission Street<br>
San Francisco, CA 94105-0921<br>
(415) 393-8212 (telephone)<br>
mkahn@gibsondunn.com<br>
Counsel for Defendant,<br>
Golden State Warriors, LLC
</td>
</tr>
</table>

| | |
|---|---|
| ***Gonzales v. Silvergate Bank et al***<br>**Case No. 3:22-cv-01981-BEN-WVG (S.D. Cal.)**<br><br>**Via email**<br>Adam E. Polk<br>Daniel C. Girard<br>Makenna Cox<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800 (telephone)<br>apolk@girardsharp.com<br>dgirard@girardsharp.com<br>mcox@girardsharp.com<br><br>Jason S. Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>hartley@hartleyllp.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C. Street, Suite 610<br>San Diego, CA 92101<br>lindner@stuevesiegel.com (Inactive)<br>**Counsel for Plaintiffs** | ***Garrison et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>***Podalsky et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>***Jessup v. Bankman-Fried, et al***<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br>***Pierce et al v. Bankman-Fried et al***<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>***Hawkins v. Bankman-Fried, et al***<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>***Papadakis v. Bankman-Fried, et al***<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br>***Lam v. Samuel Bankman-Fried***<br>**Case No. 3:22-cv-7336-JSC (N.D. Cal.)**<br><br>**Defendant Caroline Ellison**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br><br>and<br><br>**Via Email**<br>C/O Stephanie Avakian<br>Wilmer Hale<br>23100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>(202) 663-6471 (telephone)<br>Stephanie.avakian@wilmerhale.com |
| ***Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,***<br>**Case No. 3:22-cv-1901-BEN-WVG (S.D. Cal.)**<br><br>**Via email**<br>Caroline S. Emhardt<br>Jack Fitzgerald<br>Melanie Rae Persinger<br>Paul K. Joseph<br>Trevor M. Flynn<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200 | ***Garrison et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>***Podalsky et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>***Jessup v. Bankman-Fried, et al***<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br>***Pierce et al v. Bankman-Fried et al***<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>***Hawkins v. Bankman-Fried, et al***<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>***Papadakis v. Bankman-Fried, et al***<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)** |

| | |
|---|---|
| San Diego, CA 92110<br>(619) 215-1741 (telephone)<br>caroline@fitzgeraldjoseph.com<br>jack@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>paul@pauljosephlaw.com<br>trevor@fitzgeraldjoseph.com<br><br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>(619) 238-1811 (telephone)<br>jdavis@cglaw.com (Inactive)<br><br>Thomas J. O'Reardon, II<br>Timotny G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100 (telephone)<br>toreardon@bholaw.com<br>tblood@bholaw.com | **Defendant Zixiao "Gary" Wang**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Zixiao "Gary" Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>and<br><br>**Via Email**<br>C/O Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000 (telephone)<br>alex.miller@friedfrank.com<br><br>***Garrison et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>***Podalsky et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Consolidated Defendant Dan Friedberg**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Dan Friedberg<br>1133 Bigelow Avenue N.<br>Seattle, WA 98109-3208<br><br>and<br><br>**Via Email**<br>C/O Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason<br>& Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9555 (telephone)<br>tkasulis@maglaw.com |
| | ***Pierce et al v. Bankman-Fried et al***<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>***Hawkins v. Bankman-Fried, et al***<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)** |

| ***Julie Papadakis v. Bankman-Fried, et al***<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Via email**<br>Laurence D. King<br>Kathleen A. Herkenhoff<br>Blair E. Reed<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700 (telephone)<br>(415) 772-4707 (facsimile)<br>lking@kaplanfox.com<br>kherkenhoff@kaplanfox.com<br>breed@kaplanfox.com<br><br>Frederic S. Fox<br>Joel B. Strauss<br>Jeffrey P. Campisi<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 687-1980 (telephone)<br>(212) 687-7714 (facsimile)<br>ffox@kaplanfox.com<br>jstrauss@kaplanfox.com<br>jcampisi@kaplanfox.com<br>**Counsel for Plaintiff** | ***Papadakis v. Bankman-Fried, et al***<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Via Email**<br>Anne M. Mortimer<br>Kirk A. Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>(213) 532-2103 (telephone)<br>amortimer@huntonAK.com<br>khornbeck@huntonAK.com<br><br>Thomas R. Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 22319<br>(804) 788-8403 (telephone)<br>twaskom@huntonAK.com<br>**Counsel for Defendant,**<br>**Armanino LLP** |
|---|---|
| ***Magleby et al v. Silvergate Bank et al***<br>**Case No. 3:23-cv-669-AGT (N.D. Cal.)**<br><br>**Via email**<br>Daniel C. Girard<br>Adam E. Polk<br>Tom Lane Watts<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800 (telephone)<br>(415) 981-4846 (facsimile)<br>dgirard@girardsharp.com<br>apolk@girardsharp.com<br>tomw@girardsharp.com | ***Garrison et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>***Podalsky et al v. Bankman-Fried et al***<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>***Jessup v. Bankman-Fried, et al***<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br>***Pierce et al v. Bankman-Fried et al***<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>***Hawkins v. Bankman-Fried, et al***<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>***Papadakis v. Bankman-Fried, et al***<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Defendant Nishad Singh**<br>**Via U.S. Mail and Email** |

| | |
|---|---|
| Jason S. Hartley<br>Jason M. Lindner<br>HARTLEY LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>(619) 400-5832 (facsimile)<br>hartley@hartleyllp.com<br>lindner@hartleyllp.com<br>**Counsel for Plaintiffs** | **Via U.S. Mail**<br>Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>and<br><br>**Via Email**<br>C/O Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, D.C. 20004-2400<br>(202) 842-7800 (telephone)<br>agoldstein@cooley.com |
| ***Husary et al v. Silvergate Bank et al***<br>**Case No. 3:23-cv-00038-BEN-WVG (S.D. Cal.)**<br><br>**Via Email**<br>Isabella Martinez<br>Matthew W. Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>(925) 256-0400 (telephone)<br>isabella@reiserlaw.com<br>matthew@reiserlaw.com<br><br>Jason S. Hartley<br>Hartley LLP<br>101 West Broadwy, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>hartley@hartleyllp.com<br><br>Jason K. Kellogg<br>Marcelo Diaz-Cortes<br>Victoria J. Wilson<br>Levine Kellogg Lehman Schneider & Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>(305) 403-8788 (telephone)<br>jk@lklsg.com | ***O'Keefe v. Sequoia Capital, et al***<br>**Case No. 1:23-cv-20700-JEM (S.D. FLA)**<br><br>**Via email**<br>Jeffrey Robertson<br>Peter White<br>SCHULTE ROTH & ZABEL LLP<br>901 Fifteenth Street, NW, Suite 800,<br>Washington, DC 20005<br>jeffrey.robertson@srz.com<br>pete.white@srz.com<br>**Counsel for Defendant,**<br>**Tiger Global Management, LLC**<br><br>**Via email**<br>Thomas Waskom<br>Matthew Bosher<br>HUNTON ANDREWS HURTH LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219<br>twaskom@hunton.com<br>mbosher@hunton.com<br>**Counsel for Defendant, Armanino, LLC**<br><br>**Via email**<br>Frank Bonaventure<br>Ty Kelly<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>100 Light Street, 19th Floor |

<table>
<tr>
<td>
md@lklsg.com<br>
vjw@lklsg.com<br>
<br>
Michael J. Reiser<br>
Law Office of Michael Reiser<br>
961 Ignacio Valley Road<br>
Walnut Creek, CA 94596<br>
(925) 256-0400 (telephone)<br>
michael@reiserlaw.com<br>
<br>
Jason M. Lindner<br>
Stueve Siegel Hanson LLP<br>
550 West C Street, Suite 610<br>
San Diego, CA 92101<br>
(619) 400-5822 (telephone)<br>
lindner@stuevesiegel.com (Inactive)<br>
Counsel for plaintiffs,<br>
Andrawes Husary, Francisco De Tomaso, Soham Bhatia, and Michael Hawwa
</td>
<td>
Baltimore, MD 21202<br>
100 Light Street, 19th Floor<br>
Baltimore, MD 21202<br>
fbonaventure@bakerdonelson.com<br>
tykelly@bakerdonelson.com<br>
Counsel for Defendant,<br>
Farmington State Bank d/b/a<br>
Moonstone Bank<br>
<br>
Via U.S. Mail<br>
Sino Global Capital Limited<br>
C/O Matthew Graham<br>
Chaoyang, Beijing<br>
Beijing Shi, 100125<br>
China<br>
Defendant<br>
<br>
Via U.S. Mail<br>
Fenwick & West LLP<br>
Silicon Valley Center<br>
801 California Street<br>
Mountain View, CA 94041<br>
Defendant<br>
<br>
Via U.S. Mail<br>
Signature Bank<br>
565 Fifth Avenue<br>
New York, NY 10017<br>
Defendant<br>
<br>
Via U.S. Mail<br>
Deltec Bank and Trust Company Limited<br>
Deltec House, Lyford Cay<br>
Nassau, Bahamas<br>
Defendant<br>
<br>
Via U.S. Mail<br>
Multicoin Capital Management LLC<br>
501 West Avenue, Apt. 3803<br>
Austin, TX 78701<br>
Defendant<br>
<br>
Via U.S. Mail - Defendant<br>
Jean Chalopin<br>
Deltec House, Lyford Cay<br>
Nassau, Bahamas
</td>
</tr>
</table>

<table>
<tr>
<td>

***O'Keefe v. Sequoia Capital, et al***<br>
**Case No. 1:23-cv-20700-JEM (S.D. FLA)**

**Via third party legal service**<br>
Sequoia Capital Operations, LLC<br>
c/o Registered Agent – The Corporation Trust Company<br>
Corporation Trust Center<br>
1209 Orange St.<br>
Wilmington, DE 19801<br>
**Defendant**

**Via third party legal service**<br>
Thoma Bravo L.P.<br>
c/o Registered Agent – CT Corporation System<br>
28 Liberty Streeet<br>
New York, NY 10005<br>
**Defendant**

**Via third party legal service**<br>
Temasek Holdings (Private Limited)<br>
c/o Registered Agent – Corporation Service Company<br>
251 Little Falls Drive<br>
Wilmington, DE 19808<br>
**Defendant**

**Via third party legal service**<br>
Softbank Vision Fund (AIV M2) L.P.<br>
c/o Registered Agent – Corporation Service Company<br>
251 Little Falls Drive<br>
Wilmington, DE 19808<br>
**Defendant**

**Via U.S. Mail**<br>
Softbank Group Corp.<br>
Attn: SBGI Legal<br>
1 Circle Star Way, 4F<br>
San Carlos, CA 94070

**Via third party legal service**<br>
Paradigm Operations LP<br>
c/o Registered Agent – Cogency Global, Inc.<br>
850 New Burton Road, Suite 201

</td>
<td>

***Papadakis v. Bankman-Fried, et al***<br>
**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br>
***Hawkins v. Bankman-Fried et al***<br>
**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**

**Via email**<br>
Bruce R. Braun<br>
Joanna R. Travalini<br>
Tommy Hoyt<br>
Sidley Austin LLP<br>
One S. Dearborn St.<br>
Chicago, IL 60603<br>
(312) 53-7000 (telephone)<br>
bbraun@sidley.com<br>
jtravalani@sidley.com<br>
thoyt@sidley.com

Sarah A. Hemmendinger<br>
Sidley Austin LLP<br>
555 California Street, Suite 2000<br>
San Francisco, CA 94104<br>
(415) 772-7413 (telephone)<br>
shemmendinger@sidley.com<br>
**Counsel for Defendant,**<br>
**Prager Metis CPAs, LLC**

***Gonzales v. Silvergate Bank et al***<br>
**Case No. 3:22-cv-01981-BEN (S.D. Cal.);**<br>
***Husary et al v. Silvergate Bank et al***<br>
**Case No. 3:23-cv-00038-BEN (S.D. Cal.)**

**Via email**<br>
John M. Landry<br>
Madalyn A. Macarr<br>
Polly Towill<br>
Sheppard Mullin Richter & Hampton LLP<br>
333 South Hope Street, 43rd Floor<br>
Los Angeles, CA 90071<br>
(213) 620-1780 (telephone)<br>
jlandry@sheppardmullin.com<br>
mmacarr@sheppardmullin.com<br>
ptowill@sheppardmullin.com<br>
**Counsel for Defendant,**<br>
**Silvergate Bank**

</td>
</tr>
</table>

| | |
|---|---|
| Dover, DE 19904<br>**Defendant**<br><br>**Via third party legal service**<br>Ribbitt Capital, L.P.<br>c/o Registered Agent – The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br>**Defendant** | ***Gonzales v. Silvergate Bank et al***<br>**Case No. 3:22-cv-01981-BEN (S.D. Cal.);**<br>***Husary et al v. Silvergate Bank et al***<br>**Case No. 3:23-cv-00038-BEN (S.D. Cal.);**<br>***Sepulveda Zuleta et al v. Silvergate et al,***<br>**Case No. 3:22-cv-1901-BEN (S.D. Cal.)**<br><br>**Via email**<br>John M. Landry<br>Madalyn A. Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780 (telephone)<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br>**Counsel for Defendants,**<br>**Alan J. Lane and**<br>**Silvergate Capital Corporation** |
| | ***Sepulveda Zuleta et al v. Silvergate et al,***<br>**Case No. 3:22-cv-1901-BEN (S.D. Cal.)**<br><br>**Via email**<br>John M. Landry<br>Madalyn A. Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780 (telephone)<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br>**Counsel for Defendants,**<br>**Christopher M. Lane,**<br>**Tyler J. Pearson, and**<br>**Jason Brenier** |

Dated: March 3, 2023

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
James R. Swanson
Kerry J. Miller
Benjamin D. Reichard
C. Hogan Paschal
Monica L. Bergeron
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: 504.586.5252
Facsimile: 504.586.5250
jswanson@fishmanhaygood.com
kmiller@fishmanhaygood.com
breichard@fishmanhaygood.com
hpaschal@fishmanhaygood.com
mbergeron@fishmanhaygood.com

and

Timothy A. Kolaya
Jorge A. Perez Santiago
Amy M. Bowers
Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Boulevard, Suite 1600
Miami, FL 33131
(305) 614-1404 (telephone)
tkolaya@sknlaw.com
jperezsantiago@sknlaw.com
abowers@sfslaw.com
**Co-Counsel for Plaintiff,**
**Connor O'Keefe**

**Case No. 1:23-cv-20700 (S.D. Fla.)**