BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX COLLAPSE LITIGATION | MDL Docket 3076 |
|---|---|

**CORRECTED PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 7, 2023, a copy of the foregoing Motion to Correct Amended Proof of Service and this Corrected Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via email and/or mail as follows:

| US District Court for the Southern District of Florida<br>O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700 ||
|---|---|
| *Counsel for Plaintiff, Connor O'Keefe :*<br>                                   Via Electronic Mail<br>Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com<br>                                   Via Electronic Mail<br>Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>Two South Biscayne Boulevard, Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com<br>                                   Via Electronic Mail<br>Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: breichard@fishmanhaygood.com<br><br>                                   Via Electronic Mail | Via Mail<br>Defendant, Sequoia Capital Operations, LLC<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br>Via Mail<br>Defendant, Silvergate Bank<br>Through It's Registered Agent, CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203<br>Via Mail<br>Defendant, Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017<br>Via Mail<br>Defendant, Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas |

| | |
|---|---|
| C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: hpaschal@fishmanhaygood.com<br>Via Electronic Mail<br>James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: jswanson@fishmanhaygood.com<br>Via Electronic Mail<br>Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br>Via Electronic Mail<br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: mbergeorn@fishmanhaygood.com<br>Via Electronic Mail<br>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com | Via Mail<br>Defendant, Farmington State Bank<br>d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128<br>Via Mail<br>Defendant, Jean Chalopin<br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br>Via Mail<br>Defendant, Thoma Bravo L.P.<br>Through It's Registered Agent,<br>CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>Via Mail<br>Defendant, Paradigm Operations LP<br>Through It's Registered Agent, Cogency<br>Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br>Via Mail<br>Defendant, Temasek Holdings (Private) Limited<br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>Via Mail<br>Defendant, Softbank Vision Fund (AIV M2) L.P.<br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>Via Mail<br>Defendant, Ribbit Capital, L.P.<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801<br>Via Mail<br>Defendant, Altimeter Capital Management, LP<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801 |

|  | Via Mail |
|---|---|
|  | Defendant, Multicoin Capital Management LLC |
|  | 501 West Ave., Apt. 3803 |
|  | Austin, TX 78701 |
|  | Via Mail |
|  | Defendant,Tiger Global Management, LLC |
|  | Through It's Registered Agent, |
|  | Corporation Service Company |
|  | 251 Little Falls Drive |
|  | Wilmington, DE 19808 |
|  | Via Mail |
|  | Defendant, Sino Global Capital Limited |
|  | c/o Matthew Graham Chaoyang, Beijing, |
|  | Beijing Shi, 100125, China |
|  | Via Mail |
|  | Defendant, Fenwick & West LLP |
|  | Silicon Vally Center 801 California Street |
|  | Mountain View, CA 94041 |
|  | Via Eletronic Mail |
|  | *Counsel for Prager Metis CPAs, LLC* |
|  | Irene Yang |
|  | Sidley Austin LLP |
|  | 555 California St |
|  | San Francisco, CA |
|  | (415) 772-1230 |
|  | irene.yang@sidley.com |
|  | Via Mail |
|  | Defendant, Armanino, LLP |
|  | 12657 Alcosta Blvd, Suite 500 |
|  | San Ramon, CA 94583 |
|  | Via Mail |
|  | Defendant, Softbank Group Corp. |
|  | Attn: SBGI Legal 1 Circle Star Way, 4F San Carlos, CA 94070 |

Dated: March 7, 2023  Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com

joseph@moskowitz-law.com

By: */s/ David Boies*
David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

By: */s/Jose M. Ferrer*
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*