## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Judicial Panel on Multidistrict Litigation by using the CM/ECF system and was served on all counsel or parties in the manners indicated and addressed as follows:

| VIA CM/ECF | | |
|---|---|---|
| Elliott Lam | represented by | William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>Fax: 415.568-2556<br>Email: waudet@audetlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Kurt David Kessler<br>Audet & Partners LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3275<br>4155682555<br>Email: kkessler@audetlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Laurence D. King |

| | | |
|---|---|---|
| | | Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700<br>Fax: (415) 772-4707<br>Email: lking@kaplanfox.com<br>*ATTORNEY TO BE NOTICED*<br><br>Ling Yue Kuang<br>Audet & Partners, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>415-568-2555<br>Fax: 415-568-2556<br>Email: lkuang@audetlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Yaman Salahi<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>Email: ysalahi@edelson.com<br>*ATTORNEY TO BE NOTICED* |
| Julie Papadakis | represented by | Laurence D. King<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>Email: tlogan@edelson.com<br>*ATTORNEY TO BE NOTICED*<br><br>Yaman Salahi<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Russell Hawkins | represented by | Laurence D. King<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Yaman Salahi |

| | | (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
| Sam Bankman-Fried | represented by | Jeremy Mishkin<br>Montgomery McCracken<br>1735 Market Street<br>Ste 21st Floor<br>Philadelphia, PA 19103<br>215-772-7246<br>Fax: 215-772-7620<br>Email: jmishkin@mmwr.com<br>*ATTORNEY TO BE NOTICED*<br><br>Richard M. Simins<br>Montgomery McCracken Walker &<br>Rhoads, LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>215-772-7303<br>Fax: 215-772-7620<br>Email: rsimins@mmwr.com<br>*ATTORNEY TO BE NOTICED* |
| Michael Elliott Jessup | represented by | Laurence D. King<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Todd M. Logan<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Yaman Salahi<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Stephen T Pierce | represented by | Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB<br>51811<br>Houston, TX 77080<br>(832) 848-0036<br>Email: marshal@thehodalawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Laurence D. King<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | Yaman Salahi<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Julie Chon Papadakis | represented by | Laurence D. King<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Soham Bhatia | represented by | Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>Email: dgirard@girardsharp.com<br>*ATTORNEY TO BE NOTICED*<br><br>Jason Kellogg<br>Levine Kellogg Lehman Schneider +<br>Grossman LLP<br>100 SE 2nd Street 36th Floor<br>Miami, FL 33131 |
| Matson Magleby | represented by | Daniel C. Girard<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Golam Sakline | represented by | Daniel C. Girard<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Nicole Keane | represented by | Daniel C. Girard<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Patrick Rabbitte | represented by | Eric Ian Niehaus<br>Robbins Geller Rudman and Dowd<br>LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101-3301<br>619-231-1058<br>Fax: 619-231-7423<br>Email: ericn@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Shawn A. Williams<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 |

| | | |
|---|---|---|
| | | (415) 288-4545<br>Fax: (415) 288-4534<br>Email: shawnw@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED* |
| Silvergate Capital Corporation | represented by | Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Silvergate Bank | represented by | Polly Towill<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Alan J. Lane | represented by | Polly Towill<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Stephen T Pierce | represented by | Patrick Yarborough<br>Foster Yarborough PLLC<br>917 Franklin Street, Suite 220<br>Houston, TX 77002<br>(713) 331-5254<br>Fax: (713) 513-5202<br>Email: patrick@fosteryarborough.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>(832) 848-0036<br>Email: marshal@thehodalawfirm.com<br>*ATTORNEY TO BE NOTICED*<br><br>Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500 |

| | | |
|---|---|---|
| | | San Francisco, CA 94104<br>(877) 276-5084<br>Fax: (888) 551-2252<br>Email: steve@vondranlegal.com<br>*ATTORNEY TO BE NOTICED* |
| Russell Hawkins | represented by | Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>(310) 405-7190<br>Email: jpafiti@pomlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Christopher Phillip Taylor Tourek<br>Pomerantz LLP<br>10 S LaSalle St<br>Suite 3505<br>Chicago, IL 60603<br>United Sta<br>312-377-1181<br>Email: ctourek@pomlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Eitan Kimelman<br>Bronstein Gewirtz & Grossman LLC<br>60 East 42nd Street<br>Suite 4600<br>New York, NY 10165<br>(212) 697-6484<br>Fax: (212) 697-7296<br>Email: eitank@bgandg.com<br>*ATTORNEY TO BE NOTICED*<br><br>J Alexander Hood , II<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>Email: ahood@pomlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Jeremy A. Lieberman<br>Pomerantz LLP |

| | | |
|---|---|---|
| | | 600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>Email: jalieberman@pomlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Joshua B. Silverman<br>Pomerantz LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>312-377-1181<br>Fax: 312-377-1184<br>Email: jbsilverman@pomlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Peretz Bronstein<br>Bronstein Gewirtz & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>(212) 697-6484<br>Fax: (212) 697-7296<br>Email: peretz@bgandg.com<br>*ATTORNEY TO BE NOTICED* |
| Michael Elliott Jessup | represented by | P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street<br>18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>Email: shilfingerpardo@edelson.com<br>*ATTORNEY TO BE NOTICED*<br><br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>Email: tlogan@edelson.com<br>*ATTORNEY TO BE NOTICED* |
| Julie Chon Papadakis | represented by | Blair Elizabeth Reed<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>94612 |

| | | |
|---|---|---|
| | | Oakland, CA 94612<br>415-772-4700<br>Email: breed@kaplanfox.com<br>*ATTORNEY TO BE NOTICED*<br><br>Kathleen A. Herkenhoff<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700<br>Fax: (415) 772-4707<br>Email: Kherkenhoff@kaplanfox.com<br>*ATTORNEY TO BE NOTICED*<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700<br>Fax: (415) 772-4707<br>Email: lking@kaplanfox.com<br>*ATTORNEY TO BE NOTICED* |
| Julie Papadakis | represented by | Frederic S. Fox<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Avenue<br>38th Floor<br>New York, NY 10022<br>212-687-1980<br>Email: FFox@kaplanfox.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Jeffrey Philip Campisi<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Ave<br>38th Floor<br>New York, NY 10022<br>212-687-1980<br>Email: jcampisi@kaplanfox.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Joel B. Strauss<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Ave, 38th Floor<br>New York, NY 10022 |

| | | |
|---|---|---|
| | | 212-687-1980<br>Email: jstrauss@kaplanfox.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Kathleen A. Herkenhoff<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Laurence D. King<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Armanino LLP | represented by | Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>(213) 532-2103<br>Email: amortimer@HuntonAK.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>Los Angeles Office<br>550 S. Hope Street<br>Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>Fax: 213-532-2020<br>Email: khornbeck@HuntonAK.com<br>*ATTORNEY TO BE NOTICED*<br><br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave NW<br>Washington, DC 20037<br>202-955-1864<br>Email: mbosher@huntonak.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>(804)788-8403 |

| | | Email: twaskom@HuntonAK.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| Prager Metis CPAs, LLC | represented by | Bruce Roger Braun<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>Fax: 312-853-7036<br>Email: bbraun@sidley.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>Email: jtravalini@sidley.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>Fax: 415-772-7400<br>Email: shemmendinger@sidley.com<br>*ATTORNEY TO BE NOTICED*<br><br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>Fax: 312-853-7036<br>Email: thoyt@sidley.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Irene Yang<br>Sidley Austin LLP<br>555 California Street Suite 2000<br>San Francisco, California  94104<br>415-772-1230 (San Francisco) |

| | | |
|---|---|---|
| | | 650-565-7530 (Palo Alto)<br>Email: irene.yang@sidley.com<br>*ATTORNEY TO BE NOTICED* |
| Soham Bhatia | represented by | Matthew W. Reiser<br>Reiser Law<br>1475 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>(925) 256-0400<br>Email: matthew@reiserlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Michael Joseph Reiser<br>Reiser Law p.c.<br>1475 N. Broadway<br>Suite #300<br>Walnut Creek, CA 94596<br>(925)256-0400<br>Fax: 925-476-0304<br>Email: Michael@reiserlaw.com<br>*ATTORNEY TO BE NOTICED* |
| Matson Magleby | represented by | Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>Email: dgirard@girardsharp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br>Email: apolk@girardsharp.com<br>*ATTORNEY TO BE NOTICED*<br><br>Jason Scott Hartley<br>Hartley LLP<br>101 W. Broadway<br>Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 |

| | | |
|---|---|---|
| | | Fax: (619) 400-5832<br>Email: hartley@hartleyllp.com<br>*ATTORNEY TO BE NOTICED*<br><br>Jason Michael Lindner<br>Hartley LLP<br>101 W. Broadway<br>Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>Fax: 619-400-5832<br>Email: lindner@hartleyllp.com<br>*ATTORNEY TO BE NOTICED*<br><br>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street. Suite 1400<br>San Francisco, CA 94108<br>United Sta<br>(415) 981-4800<br>Email: tomw@girardsharp.com<br>*ATTORNEY TO BE NOTICED* |
| Golam Sakline | represented by | Daniel C. Girard<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam E. Polk<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Jason Scott Hartley<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Jason Michael Lindner<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Tom Lane Watts<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Nicole Keane | represented by | Jack Fitzgerald<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110 |

|  |  | (619) 215-1741<br>Email: jack@fitzgeraldjoseph.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Caroline Emhardt<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: caroline@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED*<br><br>James M. Davis<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>Email: jdavis@bholaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Melanie Rae Persinger<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: melanie@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED*<br><br>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: paul@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED*<br><br>Thomas Joseph O'Reardon , II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>Fax: (619) 338-1101<br>Email: toreardon@bholaw.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| | | |
|---|---|---|
| | | Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>Fax: (619) 338-1101<br>Email: tblood@bholaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: trevor@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED* |
| Edwin Garrison | represented by | Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>(305) 740-1423<br>Email: joseph@moskowitz-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>Fax: 305-539-1307<br>Email: szack@bsfllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>Email: uungaro@bsfllp.com *(Inactive)*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | Alexander Boies<br>Boies Schiller Flexner LLP<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>(212) 446-2320<br>Email: aboies@bsfllp.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200<br>Email: dboies@bsfllp.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Fax: 305-539-1307<br>Email: tulrich@bsfllp.com<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305 740-1423<br>Email: adam@moskowitz-law.com<br>*ATTORNEY TO BE NOTICED* |
| Gregg Podalsky | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro |

| | | |
|---|---|---|
| | | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>Email: aboies@bsfllp.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Skyler Lindeen | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address) |

| | | |
|---|---|---|
| | | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Alexander Chernyavsky | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Gary Gallant | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| David Nicol | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address) |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Sunil Kavuri | represented by | Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Stuart Z. Grossman | represented by | Stuart Z. Grossman<br>Grossman, Roth, Yaffa, Cohen, PA<br>2525 Ponce de Leon Boulevard<br>Suite 1150<br>Coral Gables, FL 33134<br>305-442-8666<br>Fax: 285-1668<br>Email: szg@grossmanroth.com<br>*ATTORNEY TO BE NOTICED* |
| Sam Bankman-Fried | represented by | Gerald Edward Greenberg<br>Gelber Schachter & Greenberg PA<br>One Southeast Third Avenue<br>Suite 2600<br>Miami, FL 33131-1715<br>305-728-0950<br>Fax: 305-728-0951<br>Email: ggreenberg@gsgpa.com<br>LEAD ATTORNEY<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | Adam Michael Schachter<br>Gelber Schachter & Greenberg PA<br>One Southeast Third Avenue<br>Ste 2600<br>Miami, FL 33131-1715<br>305-728-0950<br>Email: aschachter@gsgpa.com<br>*ATTORNEY TO BE NOTICED*<br><br>Jeremy Mishkin<br>Montgomery McCracken<br>1735 Market Street<br>Ste 21st Floor<br>Philadelphia, PA 19103<br>215-772-7246<br>Fax: 215-772-7620<br>Email: jmishkin@mmwr.com<br>*ATTORNEY TO BE NOTICED*<br><br>Richard M. Simins<br>Montgomery McCracken Walker &<br>Rhoads, LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>215-772-7303<br>Fax: 215-772-7620<br>Email: rsimins@mmwr.com<br>*ATTORNEY TO BE NOTICED* |
| Thomas Brady | represented by | Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>Fax: 476-7444<br>Email: bob@colson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Email: andrew.clubok@lw.com<br>*PRO HAC VICE* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>Email: Brittany.Record@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br>Email: Elizabeth.Greenman@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br>Email: Jessica.stebbinsbina@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br>Email: Marvin.Putnam@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>(714) 540-1235<br>Email: michele.johnson@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>(305) 476-7400<br>Fax: (305) 476-7444<br>Email: scasey@colson.com<br>*ATTORNEY TO BE NOTICED*<br><br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>Email: Susan.Engel@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>3054767400<br>Email: zach@colson.com<br>*ATTORNEY TO BE NOTICED* |
| Gisele Bundchen | represented by | Roberto Martinez<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Andrew B. Clubok<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Brittany M.J. Record<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Elizabeth A. Greenman<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | Jessica Stebbins Bina<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Marvin Putnam<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Michele D. Johnson<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephanie Anne Casey<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Susan E. Engel<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Zachary Andrew Lipshultz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| David Ortiz | represented by | Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>305-982-5572<br>Fax: 305-374-5095<br>Email:<br>christopher.carver@akerman.com<br>*ATTORNEY TO BE NOTICED*<br><br>Jason Samuel Oletsky<br>Akerman LLP<br>201 East Las Olas Boulevard<br>Ste 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>Fax: 954-463-2224<br>Email: jason.oletsky@akerman.com |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Katherine Ann Johnson<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>954-463-2700<br>Fax: 954-463-2224<br>Email: Katie.johnson@akerman.com<br>*ATTORNEY TO BE NOTICED* |
| William Trevor Lawrence | represented by | David Alan Rothstein<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive<br>PH-2B<br>Coconut Grove, FL 33133<br>305-374-1920<br>Fax: 374-1961<br>Email: drothstein@dkrpa.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Manuel Peraza<br>Dimond Kaplan & Rothstein P.A.<br>2665 S Bayshore Drive<br>Ste Ph-2b<br>Coconut Grove, FL 33133<br>305-374-1920<br>Fax: 305-374-1961<br>Email: aperaza@dkrpa.com<br>*ATTORNEY TO BE NOTICED*<br><br>Eric A. Fitzgerald<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4334<br>Email: eric.fitzgerald@mgclaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Eshaba Jahir-Sharuz<br>Dimond Kaplan , Rothstein<br>2665 S Bayshore Dr<br>PH2B<br>Miami, FL 33133<br>3053741920 |

| | | |
|---|---|---|
| | | Fax: 3053741961<br>Email: eshaba@dkrpa.com<br>*ATTORNEY TO BE NOTICED*<br><br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4306<br>Email: hillary.ladov@mgclaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| Lawrence Gene David | | Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>Fax: 476-7444<br>Email: bob@colson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Email: andrew.clubok@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>Email: Brittany.Record@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500 |

| | | Email: Elizabeth.Greenman@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br>Email: Jessica.stebbinsbina@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br>Email: Marvin.Putnam@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>(714) 540-1235<br>Email: michele.johnson@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>(305) 476-7400<br>Fax: (305) 476-7444<br>Email: scasey@colson.com<br>*ATTORNEY TO BE NOTICED*<br><br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>Email: Susan.Engel@lw.com |
|---|---|---|

| | | |
|---|---|---|
| | | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>3054767400<br>Email: zach@colson.com<br>*ATTORNEY TO BE NOTICED* |
| Kevin O'Leary | represented by | Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd.<br>Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>Email: bfloch@mnrlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jeffrey Eldridge Marcus<br>Marcus Neiman & Rashbaum, LLP<br>One Biscayne Tower - Suite 1750<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>305-400-4260<br>Fax: 866-780-8355<br>Email: jmarcus@mnrlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jeffrey Adam Neiman<br>Marcus Neiman & Rashbaum LLP<br>100 Southeast Third Avenue<br>Suite 805<br>Fort Lauderdale, FL 33394<br>954 462 1200<br>Fax: 9546882492<br>Email: jneiman@mnrlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Michael Anthony Pineiro<br>Marcus Neiman & Rashbaum LLP<br>2 S. Biscayne Boulevard |

| | | |
|---|---|---|
| | | Suite 1750<br>Miami, FL 33131<br>3054004268<br>Email: mpineiro@mnrlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>(310) 278-2111<br>Email: abrettler@berkbrettler.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| Caroline Ellison | | Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>202-663-6471<br>Email:<br>stephanie.avakian@wilmerhale.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Gary Wang | represented by | **Alex B. Miller**<br>Fried Frank<br>One New York Plaza<br>New York, NY 10004<br>212-859-8000<br>Email: alex.miller@friedfrank.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035 | represented by | **Andrew Goldstein**<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>202 842 7800<br>Email: agoldstein@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Dan Friedberg | represented by | **Telemachus Kasulis**<br>Morvillo Abramowitz Grand Iason &<br>Anello PC<br>565 Fifth Ave<br>New York, NY 10017 |

| | | 212-880-9555<br>Email: tkasulis@maglaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| Gary Gallant | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| David Nicol | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies |

| | | |
|---|---|---|
| | | (See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Sunil Kavuri | represented by | Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Edwin Garrison | represented by | Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Golden State Warriors, LLC | | Matthew S Kahn<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105<br>415-393-8200<br>Email: mkahn@gibsondunn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Michael Norris | represented by | Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305 740-1423<br>Email: adam@moskowitz-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street<br>Suite 1999<br>33130<br>Miami, FL 33131<br>305-374-0440<br>Email: jose@markmigdal.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Joseph M. Kaye |

| | | The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>(305) 740-1423<br>Email: joseph@moskowitz-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>Fax: 305-539-1307<br>Email: szack@bsfllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>Email: uungaro@bsfllp.com *(Inactive)*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>Email: aboies@bsfllp.com<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200<br>Email: dboies@bsfllp.com<br>*ATTORNEY TO BE NOTICED* |
| Brandon Rowan | represented by | Adam M. Moskowitz<br>(See above for address) |

| | | |
|---|---|---|
| | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jose Manuel Ferrer<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Michael Livieratos | represented by | Adam M. Moskowitz<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jose Manuel Ferrer<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack |

| | | |
|---|---|---|
| | | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Shengyun Huang | represented by | Adam M. Moskowitz<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jose Manuel Ferrer<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies |

| | | (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
| Vijeth Shetty | represented by | Adam M. Moskowitz (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* Jose Manuel Ferrer (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* Joseph M. Kaye (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* Stephen N. Zack (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* Ursula Ungaro (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* Alexander Boies (See above for address) *ATTORNEY TO BE NOTICED* David Boies (See above for address) *ATTORNEY TO BE NOTICED* |
| Bo Yang | represented by | Adam M. Moskowitz (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* Jose Manuel Ferrer (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* Joseph M. Kaye (See above for address) |

| | | |
|---|---|---|
| | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Connor O'Keefe | Represented by | Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross &<br>Kolaya, PLLC<br>2 South Biscayne Boulevard<br>Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler &<br>Sloman, PLLC<br>Two South Biscayne Boulevard<br>Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor |

| | | |
|---|---|---|
| | | New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>breichard@fishmanhaygood.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>hpaschal@fishmanhaygood.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>jswanson@fishmanhaygood.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>mbergeorn@fishmanhaygood.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| | | Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler &<br>Sloman, PLLC<br>2 S. Biscayne Boulevard<br>Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| Sequoia Capital Operations, LLC | represented by | Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton<br>LLP<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304<br>650-815-4130<br>Email: jkpark@cgsh.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Joon Kim<br>Cleary Gottlieb Steen & Hamilton<br>LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2950<br>Email: jkim@cgsh.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Paul Courtney Huck , Jr<br>Lawson Huck Gonzalez, PLLC<br>334 Minorca Avenue<br>Coral Gables, FL 33134<br>305-793-3232<br>Email:<br>paul@lawsonhuckgonzalez.com<br>*ATTORNEY TO BE NOTICED* |
| Thoma Bravo L.P. | represented by | Mark Edward McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1473<br>Fax: (415) 439-1500<br>Email: mark.mckane@kirkland.com<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Anna Terteryan<br>Kirkland and Ellis LLP<br>555 California Street<br>Suite 2700<br>San Francisco, CA 94104<br>415-439-1864<br>Fax: 415-439-1500<br>Email: anna.terteryan@kirkland.com<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen M. Silva<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>415-439-1359<br>Email: stephen.silva@kirkland.com<br>*ATTORNEY TO BE NOTICED* |
| Paradigm Operations LP | represented by | Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>Email:<br>alexander.drylewski@skadden.com<br>*ATTORNEY TO BE NOTICED*<br><br>Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>CA<br>525 University Ave.<br>Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580<br>Fax: (650) 470-4570<br>Email: mark.foster@skadden.com<br>*ATTORNEY TO BE NOTICED* |
| Fenwick & West LLP | represented by | David Richardson Atkinson , Jr.<br>Gunster Yoakley & Stewart<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401 |

| | | 561-650-0547<br>Email: datkinson@gunster.com<br>LEAD ATTORNEY<br>*ATTORNEY TO BE NOTICED*<br><br>Nicole K. Atkinson<br>Gunster Yoakley & Stewart<br>777 S Flagler Drive<br>Suite 500 E<br>West Palm Beach, FL 33401-6194<br>561-650-0561<br>Fax: 655-5677<br>Email: natkinson@gunster.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| Patrick J. Rabbitte | represented by | Shawn A. Williams<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>Fax: (415) 288-4534<br>Email: shawnw@rgrdlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Anny Marie Martin<br>Robbins Geller Rudman & Dowd LLP<br>Robbins Geller Rudman & Dowd LLP<br>225 NW Mizner Blvd.,<br>Suite 720<br>33432<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>Email: amartin@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Brian Edward Cochran<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>(619) 231-1058<br>Fax: (619) 231-7423<br>Email: BCochran@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | Eric Ian Niehaus<br>Robbins Geller Rudman and Dowd LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101-3301<br>619-231-1058<br>Fax: 619-231-7423<br>Email: ericn@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Hadiya Khan Deshmukh<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>Fax: (415) 288-4534<br>Email: hdeshmukh@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Kenneth P. Dolitsky<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>(619) 231-1058<br>Fax: (619) 231-7423<br>Email: kdolitsky@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Stuart Andrew Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard<br>Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>Email: sdavidson@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED* |
| *Mark Girshovich* | | Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor, Ste No. 9122<br>San Francisco, CA 94103<br>(415) 905-8880<br>Fax: (415) 905-8880 |

| | | Email: azram@themehdifirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| *Statistica Capital Ltd.* | represented by | Caroline Emhardt<br>2341 Jefferson St<br>Ste 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: caroline@fitzgeraldjoseph.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>James Davis<br>Blood Hurst & O'Reardon<br>501 W Broadway<br>Ste 1490<br>San Diego, CA 92101<br>619-338-1100<br>Email: jdavis@bholaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson St.<br>Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: melanie@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED*<br><br>Paul K Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street<br>Ste 200<br>92110<br>San Diego, CA 92110<br>619-215-1741<br>Email: paul@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED*<br><br>Thomas J. O'Reardon , II<br>Blood Hurst & O'Reardon, LLP<br>600 B Street, Suite 1550<br>San Diego, CA 92101<br>(619)-338-1100<br>Fax: (619)-338-1101 |

| | | |
|---|---|---|
| | | Email: toreardon@bholaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Timothy Gordon Blood<br>Blood Hurst & O'Reardon LLP<br>600 B Street Suite 1550<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>Email: tblood@bholaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Trevor Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street<br>Ste 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: trevor@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED*<br><br>John Joseph Fitzgerald , IV<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>Fax: 619-331-2943<br>Email: jack@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED* |
| *Statistica Ltd.* | | Caroline Emhardt<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>James Davis<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Melanie Rae Persinger<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Paul K Joseph<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| | | Thomas J. O'Reardon , II<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Timothy Gordon Blood<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Trevor Flynn<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>John Joseph Fitzgerald , IV<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| Signature Bank | represented by | Elizabeth M. Sacksteder<br>Paul Weiss (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3000<br>Fax: 212-757-3990<br>Email: esacksteder@paulweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>H. Christopher Boehning<br>Paul, Weiss, Rifkind, Wharton &<br>Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3061<br>Fax: 212-757-3990<br>Email: cboehning@paulweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jessica Sombat Carey<br>Paul Weiss (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212)-373-3566<br>Fax: (212)-492-0566<br>Email: jcarey@paulweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| VIA US or INTERNATIONAL MAIL | | |
|---|---|---|
| Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas | | |
| Farmington State Bank d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128 | | |
| Jean Chalopin<br>Deltec House, Lyford Cay<br>Nassau, Bahamas | | |
| Temasek Holdings (Private) Limited<br>60B Orchard Road<br>#06-18 Tower 2<br>The Atrium@Orchard<br>Singapore 238891 | | |
| Softbank Vision Fund (AIV M2) L.P.<br>C/O Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | |
| Altimeter Capital Management, LP<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | | |
| Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701 | | |
| Tiger Global Management, LLC<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | |
| Sino Global Capital Limited<br>c/o Matthew Graham<br>Chaoyang, Beijing, Beijing Shi,<br>100125, China | | |
| Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210 | | |
| Shohei Ohtani<br>2000 Gene Autry Way<br>Anaheim, California, 92806 | | |
| SoftBank Group Corp | | |

| | | |
|---|---|---|
| Attn: SBGI Legal 1 Circle Star Way, 4F<br>San Carlos, CA 94070 | | |
| Shaquille O'Neal<br>1 Grand Manor Court<br>Sugar Land, Texas 77479-2557 | | |
| Shaquille O'Neal<br>4012 Sahara Ct,<br>Carrollton, TX 75010 | | |
| Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458 | | |
| Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035 | | |
| Sam Trabucco<br>36 Winner Circle,<br>Wells ME 04090-5174 | | |
| Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332 | | |
| Stephen Curry<br>1 Warriors Way<br>San Francisco, CA 94158 | | |
| Stephen Curry<br>115 Stephanie Lane<br>Alamo, California 94507-1227 | | |
| Zixiao Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234 | | |

Dated: March 10, 2023                    Respectfully submitted,

                                         **CLEARY GOTTLIEB STEEN &**
                                         **HAMILTON LLP**


                                         */s/ Jennifer Kennedy Park_____*

                                         Jennifer Kennedy Park
                                         jkpark@cgsh.com
                                         1841 Page Mill Road
                                         Palo Alto, CA 94304
                                         Telephone: (650) 815-4130
                                         Facsimile: (650) 815-4199