BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL NO. 3076 |
|---|---|

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the above and foregoing "Response in Opposition to Petitioners' Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 and this Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF System and was served on all counsel or parties in the manner indicated and addressed as follows:

| SERVICE LIST ||
|---|---|
| **PLAINTIFFS** | **DEFENDANTS** |
| *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 (telephone)<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>(305) 374-0440 (telephone)<br>jose@markmigdal.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner LLP | *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>(305) 476-7400 (telephone)<br>scasey@colson.com<br>zach@colson.com<br>bob@colson.com<br><br>Andrew B. Clubok<br>Brittany M.J. Record<br>Susan E. Engel<br>Latham & Watkins LLP |

| | |
|---|---|
| Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br>**Counsel for Plaintiffs** | 555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200 (telephone)<br>andrew.clubok@lw.com<br>brittany.record@lw.com<br>susan.engel@lw.com<br><br>Elizabeth A. Greenman<br>Jessica Stebbins Bina<br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500 (telephone)<br>elizabeth.greenman@lw.com<br>jessica.stebbinsbina@lw.com<br>marvin.putnam@lw.com<br><br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Tower Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>(714) 540-1235 (telephone)<br>michele.johnson@lw.com<br>**Counsel for Defendant Tom Brady in** *Norris, Garrison* **and** *Podalsky*<br><br>**Counsel for Defendants Gisele Bundchen and Lawrence G. David in** *Garrison* **and** *Podalsky* |

| | |
|---|---|
| *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 (telephone)<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler E. Ulrich<br>Boies Schiller & Flexner LLP<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br>tulrich@bsfllp.com<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br>**Counsel for Plaintiffs** | *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.)**<br><br>**Via email**<br>Brandon S. Floch<br>Jeffrey E. Marcus<br>Michael A. Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>(305) 400-4260 (telephone)<br>bfloch@mnrlawfirm.com<br>jmarcus@mnrlawfirm.com<br>mpineiro@mnrlawfirm.com<br><br>Jeffrey A. Neiman<br>Marcus Neiman Rashbaum & Pineiro LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>(954) 462-1200 (telephone)<br>jneiman@mnrlawfirm.com<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Boulevard<br>West Hollywood, CA 90069<br>(310) 278-2111 (telephone)<br>abrettler@berkbrettler.com<br>**Counsel for Defendant, Kevin O'Leary** |
| *Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 (telephone)<br>adam@moskowitz-law.com | *Norris, et al v. Brady, et al*<br>**Case No. 1:23-cv-20439-KMM (S.D. Fla.);**<br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>Christopher S. Carver<br>Akerman LLP<br>Three Brickell City Centre, Suite 1100 |

| | |
|---|---|
| joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner LLP<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400 (telephone)<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 (telephone)<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br>**Counsel for Plaintiffs** | 98 Southeast Seventh Street<br>Miami, FL 33131<br>(305) 982-5572 (telephone)<br>Christopher.carver@akerman.com<br><br>Jason S. Oletsky<br>Katherine A. Johnson<br>Akerman LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301<br>(954) 463-2700 (telephone)<br>jason.oletsky@akerman.com<br>katie.johnson@akerman.com<br>**Counsel for Defendant, David Ortiz** |
| *Elliott Lam v. Samuel Bankman-Fried*<br>**Case No. 3:22-cv-7336-JSC (N.D. Cal.)**<br><br>**Via email**<br>William M. Audet<br>Ling Y. Kuang<br>Kurt D. Kessler<br>Audet & Partners, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>(415) 568-2555 (telephone)<br>(415) 568-2556 (facsimile)<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br>kkessler@audetlaw.com<br><br>Robert L. Lieff<br>P.O. Drawer A<br>Rutherford, CA 94573<br>rlieff@lieff.com<br><br>Edward Lehman<br>Jacob Blacklock<br>Lehman, Lee & Xu LLC | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Via email**<br>David A. Rothstein<br>Alexander M. Peraza<br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>(305) 374-1920 (telephone)<br>drothstein@dkrpa.com<br>aperaza@dkrpa.com<br>eshaba@dkrpa.com<br><br>Eric A. Fitzgerald<br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4334 (telephone)<br>eric.fitzgerald@mgclaw.com |

| | |
|---|---|
| C/O Lehman, Lee & Hu<br>Suite 3313, Tower One<br>Times Square<br>1 Matheson Street<br>Causeway Bay, Hong Kong<br>(852) 3588-2127 (telephone)<br>elehman@lehmanlaw.com<br>jblacklock@lehmanlaw.com<br>**Counsel for Plaintiff**<br><br>*Russell Hawkins v. Bankman-Fried, et al*<br>Case No. 3:22-cv-07620-JSC (N.D. Cal.)<br><br>Via email<br>Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>(310) 405-7190 (telephone)<br>jpafiti@pomlaw.com<br><br>Joshua B. Silverman<br>Pomerantz LLP<br>10 S. LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>(312) 377-1181 (telephone)<br>jbsilverman@pomlaw.com<br><br>Jeremy A. Lieberman<br>J. Alexander Hood II<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212) 661-1100 (telephone)<br>jalieberman@pomlaw.com<br>ahood@pomlaw.com<br><br>Peretz Bronstein<br>Eitan Kimelman<br>Bronstein, Gewirtz & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>(212) 697-6484 (telephone)<br>peretz@bgandg.com<br>eitank@bgandg.com<br>**Counsel for Plaintiff** | Hillary.ladov@mgclaw.com<br><br>**Counsel for Defendant, William T. Lawrence**<br>*Garrison et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23983-KMM (S.D. Fla.);<br>*Russell Hawkins v. Bankman-Fried, et al*<br>Case No. 3:22-cv-07620-JSC (N.D. Cal.)<br>*Papadakis v. Bankman-Fried, et al*<br>Case No. 3:23-cv-00024-JSC (N.D. Cal.);<br>*Jessup v. Bankman-Fried et al*<br>Case No. 3:22-cv-07666-JSC (N.D. Cal.);<br>*Pierce et al v. Bankman-Fried et al*<br>Case No. 3:22-cv-07444-JSC (N.D. Cal.)<br><br>Via email<br>Jeremy D. Mishkin<br>Montgomery McCracken Walker<br>  & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>(215) 772-7246 (telephone)<br>jmishkin@mmwr.com<br>**Counsel for Defendant,**<br>**Samuel Bankman-Fried**<br><br>*Garrison et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23983-KMM (S.D. Fla.);<br>*Michael Jessup v. Bankman-Fried, et al*<br>Case No. 3:22-cv-7666-JSC (N.D. Cal.)<br><br>**Consolidated Defendant Sam Trabucco**<br><br>**Via U.S. Mail**<br>Sam Trabucco<br>36 Winner Circle<br>Wells, ME 04090-5174 |

| | |
|---|---|
| *Pierce et al v. Bankman-Fried et al*<br>Case No. 3:22-cv-07444-JSC (N.D. Cal.)<br><br>**Via email**<br>Patrick Yarborough<br>Foster Yarborough PPLC<br>917 Franklin, Suite 220<br>Houston, TX 77002<br>(713) 513-5202 (telephone)<br>patrick@fosteryarborough.com<br><br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>(832) 848-0036 (telephone)<br>marshal@thehodalawfirm.com<br><br>Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansone Street, Suite 3500<br>San Francisco, CA 94104<br>(877) 276-5084 (telephone)<br>steve@vondranlegal.com<br>**Counsel for Plaintiffs** | *Garrison et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>**Defendants - Via U.S. Mail**<br>Stephen Curry<br>115 Stephanie Lane<br>Alamo, CA 94507-1227<br><br>Shaquille O'Neal<br>4012 Sahara Ct.<br>Carrollton, TX 75010<br><br>Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, FL 33332<br><br>Shohei Ohtani<br>2000 Gene Autry Way<br>Anaheim, CA 92806<br><br>Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, CA 90210 |
| *Michael Jessup v. Bankman-Fried, et al*<br>Case No. 3:22-cv-7666-JSC (N.D. Cal.)<br><br>**Via email**<br>Rafey S. Balabanian<br>Todd Logan<br>Yaman Salahi<br>P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300 (telephone)<br>(415) 373-9435 (facsimile)<br>rbalananian@edelson.com<br>tlogan@edelson.com<br>ysalahi@edelson.com<br>shildingerpardo@edelson.com<br>**Counsel for Plaintiff** | *Garrison et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Lam et al v. Bankman-Fried et al*<br>Case No. 3:22-cv-07336-JSC (N.D. Cal.);<br>*Podalsky et al v. Bankman-Fried et al*<br>Case No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>**Via email**<br>Matthew S. Kahn<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>(415) 393-8212 (telephone)<br>mkahn@gibsondunn.com<br>**Counsel for Defendant,**<br>**Golden State Warriors, LLC** |

| | |
|---|---|
| *Gonzales v. Silvergate Bank et al*<br>**Case No. 3:22-cv-01981-BEN-WVG (S.D. Cal.)**<br><br>**Via email**<br>Adam E. Polk<br>Daniel C. Girard<br>Makenna Cox<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800 (telephone)<br>apolk@girardsharp.com<br>dgirard@girardsharp.com<br>mcox@girardsharp.com<br><br>Jason S. Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>hartley@hartleyllp.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C. Street, Suite 610<br>San Diego, CA 92101<br>lindner@stuevesiegel.com (Inactive)<br>**Counsel for Plaintiffs** | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>*Jessup v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br>*Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>*Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br>*Lam v. Samuel Bankman-Fried*<br>**Case No. 3:22-cv-7336-JSC (N.D. Cal.)**<br><br>**Defendant Caroline Ellison**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br><br>and<br><br>**Via Email**<br>C/O Stephanie Avakian<br>Wilmer Hale<br>23100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>(202) 663-6471 (telephone)<br>Stephanie.avakian@wilmerhale.com |
| *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,*<br>**Case No. 3:22-cv-1901-BEN-WVG (S.D. Cal.)**<br><br>**Via email**<br>Caroline S. Emhardt<br>Jack Fitzgerald<br>Melanie Rae Persinger<br>Paul K. Joseph<br>Trevor M. Flynn<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200 | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>*Jessup v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br>*Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>*Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)** |

| | |
|---|---|
| San Diego, CA 92110<br>(619) 215-1741 (telephone)<br>caroline@fitzgeraldjoseph.com<br>jack@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>paul@pauljosephlaw.com<br>trevor@fitzgeraldjoseph.com<br><br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>(619) 238-1811 (telephone)<br>jdavis@cglaw.com (Inactive)<br><br>Thomas J. O'Reardon, II<br>Timotny G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100 (telephone)<br>toreardon@bholaw.com<br>tblood@bholaw.com | **Defendant Zixiao "Gary" Wang**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Zixiao "Gary" Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>and<br><br>**Via Email**<br>C/O Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000 (telephone)<br>alex.miller@friedfrank.com<br><br>*Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.)**<br><br>**Consolidated Defendant Dan Friedberg**<br>**Via U.S. Mail and Email**<br><br>**Via U.S. Mail**<br>Dan Friedberg<br>1133 Bigelow Avenue N.<br>Seattle, WA 98109-3208<br><br>and<br><br>**Via Email**<br>C/O Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason<br> & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9555 (telephone)<br>tkasulis@maglaw.com |
| | *Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)** |

| | |
|---|---|
| *Julie Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Via email**<br>Laurence D. King<br>Kathleen A. Herkenhoff<br>Blair E. Reed<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700 (telephone)<br>(415) 772-4707 (facsimile)<br>lking@kaplanfox.com<br>kherkenhoff@kaplanfox.com<br>breed@kaplanfox.com<br><br>Frederic S. Fox<br>Joel B. Strauss<br>Jeffrey P. Campisi<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 687-1980 (telephone)<br>(212) 687-7714 (facsimile)<br>ffox@kaplanfox.com<br>jstrauss@kaplanfox.com<br>jcampisi@kaplanfox.com<br>**Counsel for Plaintiff** | *Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Via Email**<br>Anne M. Mortimer<br>Kirk A. Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>(213) 532-2103 (telephone)<br>amortimer@huntonAK.com<br>khornbeck@huntonAK.com<br><br>Thomas R. Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 22319<br>(804) 788-8403 (telephone)<br>twaskom@huntonAK.com<br>**Counsel for Defendant,**<br>**Armanino LLP** |
| *Magleby et al v. Silvergate Bank et al*<br>**Case No. 3:23-cv-669-AGT (N.D. Cal.)**<br><br>**Via email**<br>Daniel C. Girard<br>Adam E. Polk<br>Tom Lane Watts<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800 (telephone)<br>(415) 981-4846 (facsimile)<br>dgirard@girardsharp.com<br>apolk@girardsharp.com<br>tomw@girardsharp.com | *Garrison et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23753-KMM (S.D. Fla.);**<br>*Podalsky et al v. Bankman-Fried et al*<br>**Case No. 1:22-cv-23983-KMM (S.D. Fla.);**<br>*Jessup v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-7666-JSC (N.D. Cal.)**<br>*Pierce et al v. Bankman-Fried et al*<br>**Case No. 3:22-cv-07444-JSC (N.D. Cal.)**<br>*Hawkins v. Bankman-Fried, et al*<br>**Case No. 3:22-cv-07620-JSC (N.D. Cal.)**<br>*Papadakis v. Bankman-Fried, et al*<br>**Case No. 3:23-cv-00024-JSC (N.D. Cal.)**<br><br>**Defendant Nishad Singh**<br>**Via U.S. Mail and Email** |

| | |
|---|---|
| Jason S. Hartley<br>Jason M. Lindner<br>HARTLEY LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>(619) 400-5832 (facsimile)<br>hartley@hartleyllp.com<br>lindner@hartleyllp.com<br>**Counsel for Plaintiffs** | **Via U.S. Mail**<br>Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>and<br><br>**Via Email**<br>C/O Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, D.C. 20004-2400<br>(202) 842-7800 (telephone)<br>agoldstein@cooley.com |
| *Husary et al v. Silvergate Bank et al*<br>Case No. 3:23-cv-00038-BEN-WVG (S.D. Cal.)<br><br>**Via Email**<br>Isabella Martinez<br>Matthew W. Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>(925) 256-0400 (telephone)<br>isabella@reiserlaw.com<br>matthew@reiserlaw.com<br><br>Jason S. Hartley<br>Hartley LLP<br>101 West Broadwy, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822 (telephone)<br>hartley@hartleyllp.com<br><br>Jason K. Kellogg<br>Marcelo Diaz-Cortes<br>Victoria J. Wilson<br>Levine Kellogg Lehman Schneider<br> & Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>(305) 403-8788 (telephone)<br>jk@lklsg.com | *O'Keefe v. Sequoia Capital, et al*<br>Case No. 1:23-cv-20700-JEM (S.D. FLA)<br><br>**Via email**<br>Jeffrey Robertson<br>Peter White<br>SCHULTE ROTH & ZABEL LLP<br>901 Fifteenth Street, NW, Suite 800,<br>Washington, DC 20005<br>jeffrey.robertson@srz.com<br>pete.white@srz.com<br>**Counsel for Defendant,**<br>**Tiger Global Management, LLC**<br><br>**Via email**<br>Thomas Waskom<br>Matthew Bosher<br>HUNTON ANDREWS HURTH LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219<br>twaskom@hunton.com<br>mbosher@hunton.com<br>**Counsel for Defendant,**<br>**Armanino, LLC**<br><br>**Via email**<br>Frank Bonaventure<br>Ty Kelly<br>BAKER, DONELSON, BEARMAN, CALDWELL<br> & BERKOWITZ, PC |

| | |
|---|---|
| md@lklsg.com <br> vjw@lklsg.com <br><br> Michael J. Reiser <br> Law Office of Michael Reiser <br> 961 Ignacio Valley Road <br> Walnut Creek, CA 94596 <br> (925) 256-0400 (telephone) <br> michael@reiserlaw.com <br><br> Jason M. Lindner <br> Stueve Siegel Hanson LLP <br> 550 West C Street, Suite 610 <br> San Diego, CA 92101 <br> (619) 400-5822 (telephone) <br> lindner@stuevesiegel.com (Inactive) <br> **Counsel for plaintiffs,** <br> **Andrawes Husary, Francisco De Tomaso, Soham Bhatia, and Michael Hawwa** | 100 Light Street, 19th Floor <br> Baltimore, MD 21202 <br> 100 Light Street, 19th Floor <br> Baltimore, MD 21202 <br> fbonaventure@bakerdonelson.com <br> tykelly@bakerdonelson.com <br> **Counsel for Defendant,** <br> **Farmington State Bank d/b/a** <br> **Moonstone Bank** <br><br> **Via U.S. Mail** <br> Sino Global Capital Limited <br> C/O Matthew Graham <br> Chaoyang, Beijing <br> Beijing Shi, 100125 <br> China <br> **Defendant** <br><br> **Via Email** <br> David R. Atkinson <br> Nicole K. Atkinson <br> Gunster, Yoakley & Stewart, P.A. <br> Brickell World Plaza <br> 600 Brickell Avenue, Suite 3500 <br> Miami, FL 33131 <br> (305) 376-6000 (telephone) <br> datkinson@gunster.com <br> natkinson@gunster.com <br> mmargolese@gunster.com <br> **Counsel for Defendant,** <br> **Fenwick & West LLP** <br><br><br> **Via U.S. Mail** <br> Signature Bank <br> 565 Fifth Avenue <br> New York, NY 10017 <br> **Defendant** <br><br> **Via U.S. Mail** <br> Deltec Bank and Trust Company Limited <br> Deltec House, Lyford Cay <br> Nassau, Bahamas <br> **Defendant** <br><br> **Via U.S. Mail** |

| | |
|---|---|
| | Multicoin Capital Management LLC<br>501 West Avenue, Apt. 3803<br>Austin, TX 78701<br>**Defendant**<br><br>**Via U.S. Mail - Defendant**<br>Jean Chalopin<br>Deltec House, Lyford Cay<br>Nassau, Bahamas |
| *O'Keefe v. Sequoia Capital, et al*<br>Case No. 1:23-cv-20700-JEM (S.D. FLA)<br><br>**Via third party legal service**<br>Sequoia Capital Operations, LLC<br>c/o Registered Agent – The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br>**Defendant**<br><br>**Via third party legal service**<br>Thoma Bravo L.P.<br>c/o Registered Agent – CT Corporation System<br>28 Liberty Streeet<br>New York, NY 10005<br>**Defendant**<br><br>**Via third party legal service**<br>Temasek Holdings (Private Limited)<br>c/o Registered Agent – Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>**Defendant**<br><br>**Via third party legal service**<br>Softbank Vision Fund (AIV M2) L.P.<br>c/o Registered Agent – Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>**Defendant**<br><br>**Via U.S. Mail** | *Papadakis v. Bankman-Fried, et al*<br>Case No. 3:23-cv-00024-JSC (N.D. Cal.)<br>*Hawkins v. Bankman-Fried et al*<br>Case No. 3:22-cv-07444-JSC (N.D. Cal.)<br><br>**Via email**<br>Bruce R. Braun<br>Joanna R. Travalini<br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn St.<br>Chicago, IL 60603<br>(312) 53-7000 (telephone)<br>bbraun@sidley.com<br>jtravalani@sidley.com<br>thoyt@sidley.com<br><br>Sarah A. Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>(415) 772-7413 (telephone)<br>shemmendinger@sidley.com<br>**Counsel for Defendant,**<br>**Prager Metis CPAs, LLC**<br><br>*Gonzales v. Silvergate Bank et al*<br>Case No. 3:22-cv-01981-BEN (S.D. Cal.);<br>*Husary et al v. Silvergate Bank et al*<br>Case No. 3:23-cv-00038-BEN (S.D. Cal.)<br><br>**Via email**<br>John M. Landry<br>Madalyn A. Macarr<br>Polly Towill |

| | |
|---|---|
| Softbank Group Corp.<br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070<br><br>**Via third party legal service**<br>Paradigm Operations LP<br>c/o Registered Agent – Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br>**Defendant**<br><br><br>Steven Ragland<br>Nic Marais<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>sragland@keker.com<br>nmarais@keker.com<br>**Counsel for Defendant,**<br>**Ribbitt Capital, L.P.** | Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780 (telephone)<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br>**Counsel for Defendant,**<br>**Silvergate Bank**<br>*Gonzales v. Silvergate Bank et al*<br>Case No. 3:22-cv-01981-BEN (S.D. Cal.);<br>*Husary et al v. Silvergate Bank et al*<br>Case No. 3:23-cv-00038-BEN (S.D. Cal.);<br>*Sepulveda Zuleta et al v. Silvergate et al,*<br>Case No. 3:22-cv-1901-BEN (S.D. Cal.)<br><br>**Via email**<br>John M. Landry<br>Madalyn A. Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780 (telephone)<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br>**Counsel for Defendants,**<br>**Alan J. Lane and**<br>**Silvergate Capital Corporation** |
| | *Sepulveda Zuleta et al v. Silvergate et al,*<br>Case No. 3:22-cv-1901-BEN (S.D. Cal.)<br><br>**Via email**<br>John M. Landry<br>Madalyn A. Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780 (telephone)<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br>**Counsel for Defendants,** |

|  | **Christopher M. Lane,** <br> **Tyler J. Pearson, and** <br> **Jason Brenier** |
|---|---|
|  | *Statistica Capital Ltd. et al v. Signature Bank,* <br> **Case No. 23-00993 (S.D.N.Y.)** <br><br> **Via email** <br> Jack Fitzgerald <br> Paul K. Joseph <br> Melanie Persinger <br> Trevor M. Flynn <br> Caroline S. Emhardt <br> **Fitzgerald Joseph LLP** <br> 2341 Jefferson Street, Suite 200 <br> San Diego, CA 92110 <br> (619) 215-1741 <br> jack@fitzgeraldjoseph.com <br> paul@fitzgeraldjoseph.com <br> melanie@fitzgeraldjoseph.com <br> trevor@fitzgeraldjoseph.com <br> caroline@fitzgeraldjoseph.com <br><br> Timothy G. Blood <br> Thomas J. O'Reardon <br> James M. Davis <br> Blood Hurst & O'Reardon, LLP <br> 501 West Broadway, Suite 1490 <br> San Diego, CA 92101 <br> (619) 338-1100 (telephone) <br> tblood@bholaw.com <br> toreardon@bholaw.com <br> jdavis@bholaw.com <br><br> **Counsel for Defendant,** <br> **Statistica Capital Ltd. and** <br> **and Statistica Ltd.** |

| | |
|---|---|
| Dated: March 3, 2023 | Respectfully submitted, |
| | **FISHMAN HAYGOOD, LLP** |
| | |
| | /s/ *Kerry J. Miller* |
| | James R. Swanson |
| | Kerry J. Miller |
| | Benjamin D. Reichard |
| | C. Hogan Paschal |
| | Monica L. Bergeron |
| | 201 St. Charles Avenue, Suite 4600 |
| | New Orleans, LA  70170 |
| | Telephone:     504.586.5252 |
| | Facsimile:     504.586.5250 |
| | jswanson@fishmanhaygood.com |
| | kmiller@fishmanhaygood.com |
| | breichard@fishmanhaygood.com |
| | hpaschal@fishmanhaygood.com |
| | mbergeron@fishmanhaygood.com |
| | |
| | and |
| | |
| | Timothy A. Kolaya |
| | Jorge A. Perez Santiago |
| | Amy M. Bowers |
| | Stumphauzer Kolaya Nadler & Sloman, PLLC |
| | 2 South Biscayne Boulevard, Suite 1600 |
| | Miami, FL 33131 |
| | (305) 614-1404 (telephone) |
| | tkolaya@sknlaw.com |
| | jperezsantiago@sknlaw.com |
| | abowers@sfslaw.com |
| | **Co-Counsel for Plaintiff,** |
| | **Connor O'Keefe** |
| | |
| | **Case No. 1:23-cv-20700 (S.D. Fla.)** |